Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSE LUIS GARCIA,<br><br>             Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7; and DOES 1 - 10 inclusive,<br><br>             Defendants. | CASE NO. 8:13-cv-01588-AG(JPRx)<br><br>Hon. Andrew J. Guilford<br><br>**JUDGMENT**<br><br>Complaint Filed: August 16, 2013 |

On March 31, 2014, the Court GRANTED without leave to amend Defendant U.S. Bank National Association, As Trustee, Successor In Interest To Bank Of America, As Trustee For Certificateholders Of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates Series 2007-HE7's ("U.S. Bank") Motion to Dismiss the Second Amended Complaint. The Court hereby enters JUDGMENT in favor of defendant U.S. Bank and against plaintiff Jose Garcia.

Plaintiff and defendant JPMorgan Chase Bank, N.A. settled and filed a Notice of Settlement on January 9, 2014. There are no other named defendants in the Second Amended Complaint.

Dated: April 2, 2014

Hon. Andrew J. Guilford
United States District Judge